PS 8
(8/88)

# United States District Court
for
## SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. STAUFFER, LORI                                              Docket No. 07MJ2653-001

### Petition for Modification on Conditions of Pretrial Release

Comes now Kimura Hilton Pretrial Services Officer presenting an official report upon the conduct of defendant STAUFFER, LORI who was placed under pretrial release supervision by the Honorable Jan M. Adler sitting in the court at San Diego, on the 20th day of November, 2007, under the following conditions:

Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; other conditions: defendant to reside at Rachel's House or halfway house to be specified in interview with PTS; defendant to report to PTS on a weekly basis.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**CONDITION VIOLATED**: Abide by the rules as set from Correctional Alternatives Inc.

1. The defendant tested positive for alcohol on November 29, 2007, upon her return from Rachel's House.

**GROUNDS FOR VIOLATION**: Ms. Stauffer was informed of the rules of Correctional Alternatives Inc., during her intake orientation on November 21, 2007. On November 30, 2007, the undersigned received a call from Monica Williams advising the defendant had failed a breathalyzer test which tested positive for alcohol.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO INCLUDE THAT THE DEFENDANT IS TO ABSTAIN FROM ALCOHOL.

ORDER OF COURT

Considered and ordered this ___5th___ day of December, 2007 and ordered filed and made a part of the records in the above case.

_____
The Honorable Jan M. Adler
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 3, 2007

Respectfully,

_____
Kimura Hilton, U.S. Pretrial Services Officer Assistant

Place   __San Diego, California__

Date    __December 3, 2007__